Entered on Docket
February 25, 2010

_____
**Hon. Linda B. Riegle**
**United States Bankruptcy Judge**

**WILDE & ASSOCIATES**
Gregory L. Wilde, Esq.
Nevada Bar No. 004417
212 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone: 702 258-8200
bk@wildelaw.com
Fax: 702 258-8787

MARK S. BOSCO, ESQ.
Arizona Bar No. 010167
TIFFANY & BOSCO, P.A.
2525 East Camelback Road, Suite 300
Phoenix, Arizona 85016
Telephone: (602) 255-6000
HSBC Bank, USA, National Association, as Trustee for the Ace Securities Corp. Home Equity Loan Trust, Series 2005-AG1, Asset Backed Pass-Through Certificates
10-70237

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In Re: | BK-09-28030-lbr |
| Anna Maria Noble | Date: 2/17/2010<br>Time: 10:30 am |
| | Chapter 13 |
| Debtor | |

### ORDER VACATING AUTOMATIC STAY

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Automatic Stay in the above-entitled bankruptcy proceedings is immediately vacated and extinguished for all purposes as to Secured Creditor HSBC Bank, USA, National Association, as Trustee for the Ace Securities Corp. Home Equity Loan Trust, Series 2005-AG1, Asset Backed Pass-Through Certificates, its assignees and/or successors in interest, of the subject property, generally described as 1014 Trophy Club Drive, Las Vegas, NV 89123, and legally described as follows:

> Lot One (1) in Block One (1) of Trophy Club at Paradise Unit 1, as shown by map thereof on file in Book 84 of Plats, Page 71, in the office of the County Recorder of Clark County Nevada.
>
> Parcel II:
>
> An Easement for ingress and egress and incidental purposes over that certain private drive as delineated on that certain subdivision map mentioned in Parcel I above.
>
> Excepting that portion of the private drive lying within the boundaries of Parcel I here above.

IT IS FURTHER ORDERED, ADJUDGED and DECREED that the Secured Creditor shall give Debtor at least seven business days' notice of the time, place and date of sale.

//
//
//
//
//
//
//
//
//
//
//

1  IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Secured Creditor hereby
2  withdraws its secured Proof of Claim filed in this matter. The Secured Creditor shall notify the Trustee of
3  the completion of the foreclosure sale. If applicable, Secured Creditor may thereafter amend its secured
4  Proof of Claim to an unsecured Proof of Claim no later than forty-five (45) days after the foreclosure sale.

5  DATED this _____ day of _____, 2010.

6  Submitted by:

7  WILDE & ASSOCIATES

8  By:_____
9  Gregory L. Wilde, Esq.
   Attorney for Secured Creditor
10 212 South Jones Boulevard
   Las Vegas, Nevada 89107
11

12 APPROVED / DISAPPROVED

13 By:_____
   David L. Tanner
14 7472 W. Sahara Ave. #101
   Las Vegas, NV 89117
15 Attorney for Debtor(s)

16 Nevada Bar No:_____

17

18 APPROVED / DISAPPROVED

19 By:_____
   Kathleen A Leavitt
20 201 Las Vegas Blvd., So. #200
   Las Vegas, NV 89101
21 Chapter 13 Trustee

22

23

24

25

26

In accordance with Local Rule 9021, the undersigned counsel certifies as follows (check one):

\_\_\_\_ The court waived the requirements of LR 9021.
\_\_\_\_ No parties appeared or filed written objections, and there is no trustee appointed in the case.
\_\_\_\_ No parties appeared or filed written objections, and the trustee is the movant.
\_x\_ This is a chapter 7 or 13 case, and either with the motion, or at the hearing, I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any trustee appointed in this case, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below:

Debtor's counsel:
\_\_\_\_ approved the form of this order          \_\_\_\_ disapproved the form of this order
\_\_\_\_ waived the right to review the order and/or   \_x\_ failed to respond to the document
\_\_\_\_ appeared at the hearing, waived the right to review the order
\_\_\_\_ matter unopposed, did not appear at the hearing, waived the right to review the order

Trustee:
\_\_\_\_ approved the form of this order          \_\_\_\_ disapproved the form of this order
\_\_\_\_ waived the right to review the order and/or   \_x\_ failed to respond to the document

\_\_\_\_ This is a chapter 9, 11, or 15 case, and I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any trustee appointed in this case any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below.

Debtor's counsel:
\_\_\_\_ approved the form of this order          \_\_\_\_ disapproved the form of this order
\_\_\_\_ waived the right to review the order and/or   \_\_\_\_ failed to respond to the document
\_\_\_\_ appeared at the hearing, waived the right to review the order
\_\_\_\_ matter unopposed, did not appear at the hearing, waived the right to review the order

Trustee:
\_\_\_\_ approved the form of this order          \_\_\_\_ disapproved the form of this order
\_\_\_\_ waived the right to review the order and/or   \_\_\_\_ failed to respond to the document

\_\_\_\_ I certify that I have served a copy of this order with the motion, and no parties appeared or filed written objection.

Submitted by:
/s/ Gregory L. Wilde, Esq.
Gregory L. Wilde, Esq.
Attorney for Secured Creditor